TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
COLIN S. SCOTT (Cal. Bar No. 318555)
Assistant United States Attorneys
National Security Division
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-3159
      Facsimile: (213) 894-0114
      E-mail:    colin.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>                v.<br><br>BRYAN OMAR ROA, and<br>MICHAEL ALAN THOMAS<br><br>           Defendants. | No. 5:26-mj-00418-DUTY<br><br>NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Colin S. Scott, hereby moves to dismiss without prejudice its complaint against defendants BRYAN OMAR ROA and MICHAEL ALAN THOMAS

//
//

in the interests of justice under Federal Criminal Rule 48(a).

Dated: June 26, 2026   Respectfully submitted

        TODD BLANCHE
        Acting Attorney General

        BILAL A. ESSAYLI
        First Assistant United States Attorney

        IAN V. YANNIELLO
        Chief Assistant United States Attorney
        Chief, National Security Division

        */s/ Colin S. Scott*
        Colin S. Scott
        Assistant United States Attorney

        Attorneys for Applicant
        United States Attorney