TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
COLIN S. SCOTT (Cal. Bar No. 318555)
Assistant United States Attorneys
National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3159
     Facsimile: (213) 894-0114
     E-mail:   colin.scott@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:26-mj-00418-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |
| v. | |
| BRYAN OMAR ROA, and MICHAEL ALAN THOMAS | |
| Defendants. | |

The Court has read and considered the Government's Motion to Dismiss without prejudice the Complaint in this action pursuant to Federal Rule of Criminal Procedure 48(a).  Finding good cause therefore and that dismissal is in the interests of justice,

//
//

the Court hereby GRANTS the MOTION and ORDERS as follows:

    1.   The complaint is hereby DISMISSED without prejudice.

    IT IS SO ORDERED.

_____          _____
DATE                                     THE HONORABLE DAVID BRISTOW
                                         United States Magistrate Judge